

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00174-CR

ULYSSES RAY MEEK, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 84th District Court
Ochiltree County, Texas
Trial Court No. 4888, Honorable William D. Smith, Presiding

December 29, 2015

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Ulysses Ray Meek, appealed his conviction for the offense of possession of a controlled substance. Appellant was sentenced to serve one year in a State Jail Facility. On December 15, 2015, appellant and the State filed a Joint Motion to Dismiss Appeal.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the

motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice

Do not publish.